IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT LARRY GIBSON,**

    **Plaintiff,**

v.                                                  Case No. 3:25-cv-22-AW-ZCB

**E. HERNANDEZ PEREZ, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's January 27 report and recommendation (ECF No. 5), and I have considered de novo the issues raised in Plaintiff's objections (ECF No. 6). I agree with the magistrate judge and conclude that Plaintiff is a three-striker and has not shown he faces any imminent danger of serious physical injury. Thus, dismissal is appropriate.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee." The clerk will then close the file.

SO ORDERED on March 3, 2025.

                                          s/ *Allen Winsor*
                                          United States District Judge